UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

RAVIKUMAR GHANSHYMBHA )
PATEL )
  ) Case No. 4:05-cv-08014-LSC-HGD
vs. )
  )
UNITED STATES OF AMERICA )

**O R D E R**

On June 3, 2008, the magistrate judge's supplemental report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, based on petitioner's claim that his attorney failed to file a notice of appeal after being directed to do so by petitioner, is due to be and is hereby GRANTED. By separate order, the court will

schedule a day and time for the procedure set out in *United States v. Phillips*, 225 F.3d 1198 (11th Cir. 2000), to grant petitioner an out-of-time appeal.

Done this 15th day of July 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671